Having established the validity of the stop, the propriety of the ensuing search must next be addressed. In *Michigan v. Long,* 463 U.S. 1032, 1049, 103 S.Ct. 3469, 3480, 77 L.Ed.2d 1201 (1983), the court held that after an investigatory stop, the officer may conduct a search of those areas of the passenger compartment of the automobile in which a weapon may be placed or hidden "if the officer possesses a reasonable belief based on specific and articulable facts which, taken together with the rational inferences from those facts, reasonably warrant the officer in believing that the suspect is dangerous and the suspect may gain immediate control of weapons." The issue is whether a reasonably prudent man in the circumstances would be warranted in the belief that his safety or that of others was in danger. *Id.; State v. Cross,* 757 S.W.2d at 615.

The activity inside the vehicle observed by Officer Mayer would warrant a reasonably prudent man in the belief that his safety was in danger and the search was therefore valid.

The judgment of the trial court is affirmed.

All concur.

Thomas T. Wood and Larry G. Chipman, Independence, for appellants.

Elvin S. Douglas, Jr. and Aaron L. Aurand, Harrisonville, for respondents.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

The defendant Mike Bauer appeals from a judgment entered on a jury verdict in a breach of contract action which returned damages in favor of the plaintiffs Davis after the court directed a verdict in favor of the plaintiffs on the issue of the liability of Mike Bauer only. The plaintiffs cross-appeal from the judgment entered on the jury verdict in favor of the defendant Diana Bauer.

The motion by the plaintiffs for sanctions against the defendants for frivolous appeal is denied.

The judgment is affirmed. Rule 84.16(b).

---

**Lee E. DAVIS and Bertha L. Davis, Respondents–Appellants**

v.

**Mike BAUER and Diana Bauer, d/b/a Mike Bauer Construction Company, Appellants–Respondents.**

No. WD 41462.

Missouri Court of Appeals, Western District.

Jan. 30, 1990.

**Curtis BASINGER, Teresa Basinger, Gene Melloway, Bonnie Melloway, Donald Hammen, Robert L. Smith, and Michael Melloway, Plaintiffs/Appellants,**

v.

**BOONE COUNTY, Missouri, a County of the Second Class, Fred Giesler, Keith Schnarre, Andrew Stanton, David W. Piest, George Trial, Carolyn J. McCallister, and Frank Graham, as Members of the Boone County Planning and Zoning Commission, and Frank Graham, David Horner, and William A.**